OPINION — AG — THE VETO POWER OF THE GOVERNOR DOES NOT EXTEND THE MEASURES REFERRED BY THE LEGISLATURE TO A VOTE OF THE PEOPLE; THAT ARTICLE V, SECTION 3, OF THE OKLAHOMA CONSTITUTION, DIRECTS THE GOVERNOR TO SUBMIT MEASURES TO THE PEOPLE WHEN THEY HAVE BEEN DULY PASSED BY BOTH HOUSES OF THE LEGISLATURE, FILED WITH THE SECRETARY OF STATE, AND ADDRESSED TO THE GOVERNOR. CITE: ARTICLE V, SECTION 2, ARTICLE II, SECTION 8, ARTICLE VI, SECTION 11 (HARVEY CODY)